## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | LA CV11-08104 JAK (PLAx) | Date | June 27, 2012 |
|---|---|---|---|
| Title | Beverly Boyer v. Raytheon Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 21, 2012, Defendant filed "Notice of Settlement" (Dkt. 14).  The Court sets an Order to Show Cause re Dismissal for August 6, 2012 at 1:30 p.m. If the parties file a dismissal by August 3, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The October 1, 2012 Final Pretrial Conference, October 19, 2012 Exhibit Conference, and October 23, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   ak